UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KITCHENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LENT,<br><br>　　　　　Defendant. | No. 1:17-cv-00672-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 12, 15) |

　　　　Plaintiff filed her complaint initiating this action on May 15, 2017. (Doc. No. 1.) Following plaintiff's request, on August 16, 2017, the Clerk of the Court entered default against defendant. (Doc. No. 9.) On October 10, 2017, plaintiff filed an unopposed motion for default judgment and an award of attorney's fees and costs. (Doc. No. 12.) This matter was assigned to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 302

　　　　On November 7, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 15.) Defendant was served with the findings and recommendations and was granted twenty-one days in which to file objections to the findings and recommendations. (*Id*.) The period for filing objections has passed and no objections have been filed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations dated November 7, 2017 (Doc. No. 15) are adopted in full;
2. Plaintiff's motion for entry of default judgment against defendant Daniel Lent d.b.a. Capital Reclamations filed October 10, 2017 (Doc. No. 12) is granted;
3. Default judgment is entered against defendant Daniel Lent d.b.a. Capital Reclamations, and in favor of plaintiff in the total amount of $7,300.25, comprised of an award of $1,000 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), $1,000 in statutory damages pursuant to California Civil Code § 1788.30(b), $4,800 in attorney's fees, and $500.25 in costs; and
4. The Clerk of the Court is directed to enter judgment in accordance with this order and close this action.

IT IS SO ORDERED.

Dated:   **January 22, 2018**                              *Dale A. Drozd*
                                                                        UNITED STATES DISTRICT JUDGE

2