# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JENNIFER KITCHENS,**

CASE NO: **1:17–CV–00672–DAD–SKO**

v.

**DANIEL LENT,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/22/2018**

**Marianne Matherly**
Clerk of Court

ENTERED:  **January 22, 2018**

by:  /s/  A. Jessen _____
Deputy Clerk